SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
CLAY A. PLUMMER
Nevada Bar No. 6778
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
clay.plummer@usdoj.gov
*Attorneys for the United States*

FILED

APR 18 2025

U.S. MAGISTRATE JUDGE

BY_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-MJ- 328 -MDC |
| Plaintiff, | **CRIMINAL COMPLAINT** |
| v. | for violation of Deported Alien Found in the United States |
| ISMAEL PEREZ-REYES aka "Jesus Cisneros," | (8 U.S.C. § 1326(a) and (b)) |
| Defendant. | |

BEFORE the Honorable Maximiliano D. Couvillier, III, United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

COUNT ONE
Deported Alien Found in the United States
(8 U.S.C. § 1326(a) and (b))

On or about March 30, 2025, in the State and Federal District of Nevada,

ISMAEL PEREZ-REYES,
aka "Jesus Cisneros,"

defendant herein, an alien, was found in the United States after having been deported and removed therefrom on or about December 7, 2022 and November 8, 2023, having reentered

and remained in the United States, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a) and (b).

## PROBABLE CAUSE

I, Raymond Thayer, state the following as and for probable cause.

1.  I have been employed with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), as an Immigration Enforcement Agent and Deportation Officer ("DO") since February 2007. I am currently assigned as a DO to the Las Vegas Office's Enforcement and Removal Operations Criminal Prosecution's Section. In this capacity, I investigate and process a range of immigration related offenses mainly focusing on obtaining federal prosecutions and indictments for violent criminal aliens, such as violations of 8 U.S.C. §§ 1325 and 1326.

2.  This Affidavit is made in support of a criminal complaint against ISMAEL PEREZ-REYES ("Defendant"), also known as Jesus Cisneros, for a violation of 8 U.S.C. § 1326(a) and (b), Deported Alien Found in the United States. The information contained in this Affidavit is based on my own personal investigation and information communicated to me by other law enforcement officers with personal knowledge of facts relevant to this investigation. The Affidavit is intended only to show that there is probable cause for the requested complaint and does not purport to set forth all of my knowledge of, or investigation into, this matter.

3.  On March 30, 2025, ICE learned that Defendant had been arrested by Las Vegas Metropolitan Police for Driving Under the Influence and Allow Child Abuse/Neglect, in Las Vegas, Nevada. Because ICE records indicated Defendant is a citizen and national of Mexico, by virtue of birth, who was previously removed from the

United States and because Defendant was not in possession of valid immigration documents allowing him to be present or remain in the United States, ICE opened an investigation. On March 31, 2025, Defendant was remanded to ICE custody from the Clark County Detention Center, based on an immigration detainer.

4.  On or about March 31, 2025, I reviewed printouts from the Federal Bureau of Investigation ("FBI") relating to Defendant. Based on my training and experience, I know that the FBI databases contain records of arrests and convictions of individuals, based on an individual's FBI number. I also know that an FBI number is assigned based on unique fingerprint characteristics, and that police departments routinely fingerprint each person who is booked into custody for identification purposes and inclusion into criminal history databases.

5.  A query of Defendant's automated criminal history confirmed that he had been convicted of the following felonies prior to his most recent removal, which subject him to the heightened penalty provisions of 8 U.S.C. § 1326(b):

    a.  On or about September 27, 2022, Defendant was convicted of Possession or Use of a Controlled Substance in a Correctional Facility, in violation of Utah Code Section 58-37-8(2)(a)(i) and 2(e), in the District Court, Washington County, Utah, Case No. 221501068.

    b.  On or about October 4, 2023, Defendant was convicted in the United States District Court for the District of Utah, in case number 4:23-cr-00060-DN-1, of Illegal Reentry After Deportation, in violation of 8 U.S.C. § 1326(a) and (b).

6.  On or about March 31, 2025, I obtained the DHS Administrative File ("A-File") for the subject assigned Alien Registration Number 240 074 422, whose name of record is "Ismael Perez-Reyes" (hereinafter, the "Perez-Reyes A-File"). Based on my

training and experience, I know that a DHS A-File is a file maintained by DHS in which immigration records are maintained for an alien admitted to, or found in, the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and all records relating to deportation or other actions by DHS – or its predecessor, the Immigration and Naturalization Service ("INS") – with respect to the subject alien for whom the DHS A-File is maintained. As discussed in more detail below, my review of the Perez-Reyes A-File confirmed that this A-File corresponds with Defendant.

7. The Perez-Reyes A-File contained the following documents and information, among other things, regarding Defendant's immigration status:

    a. Executed Warrants of Removal / Deportation (ICE Forms I-205) indicating that Defendant was officially removed and deported from the United States to Mexico on or about December 7, 2022, and November 8, 2023. I know from my training and experience that a Warrant of Removal / Deportation (ICE Form I-205) is executed each time a subject alien is removed from the United States by ICE (and in the past by its predecessor agency, the INS) and usually contains the subject's photograph, signature, and / or fingerprints. The executed Warrants of Removal / Deportation (ICE Forms I-205) referenced above that I found in the Perez-Reyes A-File contains Defendant's photograph, signature, and fingerprints.

    b. A Record of Deportable / Inadmissible Alien (Forms I-213s) dated October 9, 2022, October 17, 2023, and March 31, 2025, all state that Defendant is a native and citizen of Mexico.

        c.        Record of sworn statement dated March 31, 2022, where the Defendant admits he is a native and citizen of Mexico who illegally entered the United States.

        d.        Defendant's Mexican Birth Certificate.

8.        On or about March 31, 2025, I reviewed certain printouts of ICE computer indices contained in the Perez-Reyes A-File. Based on my training and experience, I know that ICE computer indices track and document each time an alien has been deported from the United States by ICE (or previously by the INS) or was granted permission to enter or re-enter the United States. The ICE computer indices confirmed that Defendant had been removed and deported on or about the dates indicated on the Warrants of Removal / Deportation (ICE Forms I-205) found in the Perez-Reyes A-File.

9.        Based on my review of the Perez-Reyes A-File, I determined that it does not contain any record of him ever having received permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation and that, if such documentation existed, it would ordinarily be found in the Perez-Reyes A-File.

10.        Based on my training, experience, and review of the contents of the Perez-Reyes A-File, in particular the Warrants of Removal / Deportation, which indicate that Defendant had been deported to Mexico, I determined that Defendant is an alien – that is, a citizen of Mexico.

/ / /

/ / /

/ / /

11.     Based on the above, I believe there is probable cause that ISMAEL PEREZ-REYES did violate 8 U.S.C. § 1326(a) and (b) (Deported Alien Found in United States).

_____
Raymond Thayer, Deportation Officer
Immigration and Customs Enforcement

Sworn and subscribed before me on this 18th day of April 2025.

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

6