**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00328-MDC |
| Plaintiff, | **Order Directing Probation to Prepare a Criminal History Report** |
| v. | |
| ISMAEL PEREZ-REYES aka "Jesus Cisneros," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 23 day of April, 2025.

_____
HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE